# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No.: 16-mj-168 STE |
| v. ) | |
| ) | |
| SHAIN R. MONTANO ) | Violation: 16 USC §668dd(f)(1) |
| ) | 50 CFR §§27.31 & 27.41 |
| Defendant ) | |

**4:19mj2131**

United States Courts
Southern District of Texas
FILED
*November 13, 2019*
David J. Bradley, Clerk of Court

## INFORMATION

The United States Attorney charges:

### Count 1

On or about 28 April 2016 in the Western District of Oklahoma at Wichita Mountains Wildlife Refuge, at or near Rush Lake Road,

-------------------- SHAIN R. MONTANO --------------------

the defendant, did knowingly drive a black 2016 Ford motor vehicle bearing a Texas tag number GUK-3662 when his privilege to do so was canceled, denied, suspended, or revoked.

All in violation of Title 16, Section 668dd(f)(1) of the United States Code, and Title 50, section 27.31(g), of the Code of Federal Regulations.

### Count 2

On or about 28 April 2016 in the Western District of Oklahoma at Wichita Mountains Wildlife Refuge, at or near Rush Lake Road,

-------------------- SHAIN R. MONTANO --------------------

the defendant, did, knowingly and without authority, carry or possess a firearm.

All in violation of Title 16, Section 668dd(f)(1) of the United States Code, and Title 50, section 27.41, of the Code of Federal Regulations.

Dated this 1st day of June 2016.

                      MARK A. YANCEY
                      Acting United States Attorney

                      MICHAEL C. CRANE
                      Special Assistant U.S. Attorney
                      Office of the Staff Judge Advocate
                      Criminal Law Division
                      Fort Sill, Oklahoma 73503
                      Tel.: (580) 442-0984

# CRIMINAL
## COURTROOM MINUTE SHEET
### UNITED STATES MAGISTRATE JUDGE

Date __6-1-2016__

CASE NO: __16 MJ 168 STE__  U.S.A. vs. __Shain Montano__

_____

_____

PROCEEDINGS: ____ INITIAL APPEARANCE ____ ARRAIGNMENT ____ PLEA/CHANGE OF PLEA ____ SENTENCING
____ OTHER

## MAGISTRATE JUDGE SHON T. ERWIN

MCR____ or MS ____

COUNSEL FOR:   Plaintiff __Michael Crane__

Defendant _____

Minute: Enter as above

____ Defendant appears in person.   ____ Is Fully apprised.          ____ Waives counsel
                                                                      ____ Retain counsel
____ Consents to be tried by U.S. Magistrate ____ Misd. ____ Petty Offense    ____ Request counsel be appointed
                                                                      ____ Approved ____ Denied

__D fails to appear.__

## CHARGES AND FINES:

Count ___ Class_____ : _____ Charge amended to Class ____:_____
Count ___ Class_____ : _____ Charge amended to Class ____:_____
Count ___ Class_____ : _____ Charge amended to Class ____:_____
Count ___ Class_____ : _____ Charge amended to Class ____:_____
Count ___ Class_____ : _____ Charge amended to Class ____:_____
Count ___ Class_____ : _____ Charge amended to Class ____:_____
Count ___ Class_____ : _____ Charge amended to Class ____:_____

## PLEA _____

Referred to Probation Office: *Pre-Sent.* _____ TSR _____ Prob _____

Substance Abuse Aftercare at discretion of P.O. _____
Drug testing as per 1994 Crime Bill _____

Jail: _____ Defendant to report to US Marshal on _____ at _____ am/pm

**Total Due:** _____
**To be paid as Follows:**
In Full on _____
$_____ Monthly beginning _____
Other _____

__Warrant to issue__

AO 442 (Rev. 11/11) Arrest Warrant

USMS# 03454-579
#1012003

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16MJ-168STE;5013621 |
| SHAIN MONTANO | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHAIN MONTANO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Driving while suspended on NWR
Possession of a loaded firearm on NWR
Exceeding visitor hours on NWR

in violation of Title 16 United States Code, Section(s) 668 ( 50 CFR 27.31(g), 27.41 & 28.31 )

Date: 06/01/2015

*Issuing officer's signature*

City and state: Lawton, Oklahoma

SHON T. ERWIN, US MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

# U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
### CRIMINAL DOCKET FOR CASE #: 5:16-mj-00168-STE-1

| | |
|---|---|
| Case title: United States of America v. Montano | Date Filed: 06/01/2016 |

Assigned to: Magistrate Judge Shon T. Erwin

**Defendant (1)**

| | | |
|---|---|---|
| **Shain R Montano** | represented by | **Shain R Montano**<br>PRO SE |

| **Pending Counts** | **Disposition** |
|---|---|
| NATIONAL WILDLIFE REFUGE SYSTEM: Driving while suspended on NWR (50CFR27.31.g)<br>(1) | |
| NATIONAL WILDLIFE REFUGE SYSTEM: Possession of a loaded firearm on NWR (50CFR27.41)<br>(2) | |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Michael C Crane**<br>US Army Office of the Staff Judge Advocate - LAWTON<br>462 Hamilton Road<br>Suite 203 |

Fort Sill, OK 73503  
580-442-1099  
Fax: 580-442-7370  
Email: michael.c.crane14.mil@mail.mil

*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2016 | 1 | INFORMATION as to Shain R Montano (1) count(s) 1, 2. (ms) (Entered: 06/02/2016) |
| 06/01/2016 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Shon T. Erwin:Docket Call as to Shain R Montano held on 6/1/2016 ; Dft. fails to appear. Arrest Warrant issued. (ms) (Entered: 06/02/2016) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/13/2019 10:00:51 | | |
| **PACER Login:** txsus0288:2650724:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 5:16-mj-00168-STE Start date: 1/1/1970 End date: 11/13/2019 |
| **Billable Pages:** 1 | **Cost:** | 0.10 |